IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JACKY ALLEN ROGERS, JR., | ) | |
| a.k.a., Jackie Allen Rogers, a.k.a., Syko Rogers, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:17-CV-813-WHA |
| | ) | |
| JASON SMOAK, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On March 15, 2018, the Magistrate Judge entered a Recommendation (Doc. #9) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court.

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 4th day of April, 2018.

                                                   /s/  W. Harold Albritton
                                    SENIOR UNITED STATES DISTRICT JUDGE